

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00230-CR

JOSE DELORES BUENROSTRO                                        APPELLANT

V.

THE STATE OF TEXAS                                                  STATE

----------

### FROM THE 396TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1362275D

----------

## MEMORANDUM OPINION[1]

----------

In exchange for the State's offer of two years' confinement, Appellant Jose

Delores Buenrostro pled guilty and judicially confessed to theft of property valued

under $1,500 with two prior theft convictions, a state jail felony,[2] and also pled

true to the enhancement paragraph elevating his punishment range to that of a

---

[1]*See* Tex. R. App. P. 47.4.

[2]*See* Tex. Penal Code Ann. § 31.03(a), (e)(4)(D) (West Supp. 2014).

second-degree felony based on two prior felony convictions.[3] Appellant also waived all pretrial motions and all rights of appeal. Appellant then filed a notice of appeal.

The trial court followed the plea bargain, convicted Appellant of the offense, and sentenced him to two years' confinement, awarding credit for time served.

The trial court's certification states that this is a plea-bargained case and that Appellant has no right of appeal. Accordingly, we informed Appellant by letter that his case could be dismissed unless he or any party desiring to continue the appeal showed grounds for continuing it.[4] We have received no response. We therefore dismiss this appeal.[5]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 28, 2014

---

[3]*See id.* § 12.425(b).

[4]*See* Tex. R. App. P. 25.2(a)(2), 25.2(d).

[5]*See* Tex. R. App. P. 25.2(d), 43.2(f).